UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY JOE LYONS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD HAYNES, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:21-cv-05629-RSM-BAT<br><br>**NOTICE THAT CASE IS VOLUNTARILY DISMISSED** |

　　　Plaintiff Bobby Joe Lyons, proceeding pro se and *in forma pauperis*, filed a 42 U.S.C. § 1983 complaint on August 27, 2021. Dkt. 1. Defendants have not been served. On October 13, 2021, plaintiff filed a notice of voluntary dismissal. Dkt. 6. Under Federal Rule of Civil Procedure 41(a)(1) plaintiff may dismiss an action without prejudice and **without a court order** by filing a notice of dismissal before the opposing party answers. This matter is thus dismissed and closed pursuant to Rule 41(a). This notice is not as an order of dismissal but is filed to provide plaintiff notice of the status of his case. The clerk shall provide a copy of this notice to plaintiff and the assigned District Judge and close the case.

　　　DATED this 13th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

NOTICE THAT CASE IS VOLUNTARILY
DISMISSED - 1